# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: FRESENIUS GRANUFLO/ NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-MD-02428-DPW |
| This Document Relates to: DON BROWN, Individually, and as Representative the ESTATE OF NANCY BROWN, Deceased; Plaintiff, vs. FRESENIUS MEDICAL CARE HOLDINGS, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA; FRESENIUS USA, INC.; FRESENIUS USA MANUFACTURING, INC.; FRESENIUS USA MARKETING, INC.; FRESENIUS USA SALES, INC.; FRESENIUS MEDICAL CARE AG & CO. KGaA.; FRESENIUS MEDICAL CARE MANAGEMENT AG.; FRESENIUS SE & CO. KGaA.; and FRESENIUS MANAGEMENT SE. Defendants | **SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |

## SHORT FORM COMPLAINT

The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case. Plaintiffs (s) further allege as follows:

1

1. Plaintiff

    Nancy Brown, deceased

2. Plaintiff's Spouse (if applicable)

    Don Brown

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    Don Brown, as Representative of the Estate

4. State of Residence

    Texas

5. a.   ☒ By checking here, I choose Massachusetts as the "home" forum.

5. b.   If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing:  <u>Not Applicable.</u>

6. Defendant(s) [Check Defendants against whom Complaint is made]:[1]

    ☒ FRESENIUS MEDICAL CARE HOLDINGS, INC.

    ☒ FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

    ☒ FRESENIUS USA, INC.

    ☒ FRESENIUS USA MANUFACTURING, INC.

    ☒ FRESENIUS USA MARKETING, INC.

    ☒ FRESENIUS USA SALES, INC.

    ☒ FRESENIUS MEDICAL CARE AG & CO. KGaA.

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the Short Form Complaint.

&boxtimes;    FRESENIUS MEDICAL CARE MANAGEMENT AG.

&boxtimes;    FRESENIUS SE & CO. KGaA.

&boxtimes;    FRESENIUS MANAGEMENT SE.

☐    Other: _____

7. Basis of Jurisdiction

    &boxtimes;    Diversity of Citizenship

    ☐    Other: _____

Other allegations of jurisdiction and venue:

Not applicable

8. On or about <u>August 26, 2010</u>, Plaintiff had the following injury: <u>Myocardial Infarction</u>, which is alleged to have been caused by Defendants NaturaLyte and/or GranuFlo administered to Plaintiff for dialysis treatment at:<u> Fresenius Medcal Care – Round Rock, 1499 East Old Settlers Blvd., Round Rock, Texas 78664</u>.

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

    &boxtimes;    Count I    STRICT LIABILITY

    &boxtimes;    Count II    NEGLIGENT FAILURE TO WARN

    &boxtimes;    Count III    NEGLIGENT DESIGN

    &boxtimes;    Count IV    NEGLIGENCE

    &boxtimes;    Count V    NEGLIGENT MISREPRESENTATION

    &boxtimes;    Count VI    BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

    &boxtimes;    Count VII    BREACH OF IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE

    &boxtimes;    Count VIII    BREACH OF EXPRESS WARRANTY

|   |   |   |
|---|---|---|
| ☒ | Count IX | FRAUD |
| ☒ | Count X | VIOLATION OF CONSUMER PROTECTION LAWS |
| ☒ | Count XI | LOSS OF CONSORTIUM |
| ☒ | Count XII | WRONGFUL DEATH |
| ☒ | Count XIII | SURVIVAL ACTION |
| ☐ | *Other Count(s) (See* FN 1) | |

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):  Not Applicable.

11. Plaintiff asserts the following additional theories against Defendants other than those identified in Paragraph 6 above (*See* FN 1):  Not Applicable.

**WHEREFORE**, Plaintiff prays for relief as set forth in *The Master Complaint and Jury Demand* filed in MDL No. 2428.

Dated this 14th day of January, 2014.          **RESPECTFULLY SUBMITTED,**

*/s/ Ryan L. Thompson*
**Ryan L. Thompson**
Texas State Bar No. 24046969
**Paige Boldt**
Texas State Bar No. 24082626
**WATTS GUERRA LLP**
5250 Prue Road, Suite 525
San Antonio, Texas 78240
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**